# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                           NO. 4:08CR00061-001  SWW

ANTHONY WALTER CHANDLER

### ORDER

Pending before the Court is defendant's petition for counsel to be appointed [doc #115]. After a review of the petition, the Court is of the opinion that a financial affidavit filed with the Court in this matter would facilitate the resolution of the motion.

IT IS THEREFORE ORDERED that the defendant file a financial affidavit [CJA-23] with the Clerk of Court.

IT IS SO ORDERED this 18th day of December 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE