### IN THE UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


UNITED STATES OF AMERICA

vs.                                                        NO.   4:08CR00061-001 SWW

ANTHONY WALTER CHANDLER


<u>ORDER APPOINTING ATTORNEY</u>


Before the Court is defendant's motion requesting that Cathleen Compton be appointed to represent him.  Counsel states that the defendant was unable to pay his attorney therefore his family originally retained counsel's services.  Based upon the representations made in a letter to counsel from Mr. Chandler's sister and brother-in-law, attached to the motion for appointment [doc #115], the Court finds that he is qualified for appointment of counsel and that Cathleen Compton should be appointed for representation of defendant.

IT IS THEREFORE ORDERED that Cathleen V. Compton, be, and she is hereby, appointed to represent defendant, Anthony Walter Chandler, in all further proceedings from the date of the attached letter of December 8, 2008.

Dated this 5th day of January 2009.

NUNC PRO TUNC to December 8, 2008.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE