**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                          NO. 4:08CR00061-001 SWW

ANTHONY CHANDLER

<u>ORDER</u>

The defendant presently is undergoing a psychiatric evaluation at the Federal Detention Center, Englewood, Colorado, since December 3, 2008. The Court has received communication from Blake R. Davis, Warden of that facility, requesting additional time to complete the evaluation due to a high volume of forensic cases designated to the facility.

The Court hereby extends the time defendant is allowed to remain at the Federal Detention Center for completion of the evaluation for an additional period of time not to exceed February 15, 2009, with the report being submitted to the Court and counsel no later than March 1, 2009.

IT IS SO ORDERED this 6th day of January 2009.

<u>/s/Susan Webber Wright</u>
United States District Judge