IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                               No. 4:08CR00061 SWW

ANTHONY WALTER CHANDLER

FINAL ORDER OF FORFEITURE

WHEREAS, on August 6, 2009, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following:

1) One Browning BAR .30-06 rifle, serial number 137NZ21428 with scope, loaded, with 4 rounds of black tipped ammunition
2) One Marlin Model 60, .22LR rifle, serial number 16312818 fully loaded with ammunition
3) One Browning .22 rifle, serial number ST20435
4) One Colt AR-15 Sporter II, .223 rifle, serial number SP3233331 loaded with 30 round magazine
5) One Remington 870 Express 12 gage, serial number D934989M with scope
6) One Remington Sportsman 48 20 gage, serial number 3845242, loaded with 5 rounds of ammunition
7) One Sears and Roebuck Model 200 12 gage, serial number P323537
8) One Remington 870 Wingmaster 12 gage, serial number T725302V
9) One Ruger, .22 pistol, serial number 462478, with holster and 2 magazines
10) One Glock 36, .45 ACP pistol, serial number EWW369, with shoulder holster and 2 magazines
11) One SIG SP2340, .40 caliber pistol, serial number SP0027030, loaded with shoulder holster and 2 magazines
12) One Ruger 22/45, .22 pistol, serial number 222-21683, loaded, with holster
13) One Davis Model DM, .22 magnum derringer, serial number 445077
14) 12 loaded 30 round magazines for AR-15
15) 1 loaded 40 round magazine for AR-15
16) 3 loaded 20 round magazines for AR-15

WHEREAS, the United States caused to be published on the forfeiture website, internet address of www.forfeiture.gov for thirty consecutive days beginning on August 19, 2009, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance

with the law and as specified in the Preliminary Order. and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

1) **One Browning BAR .30-06 rifle, serial number 137NZ21428 with scope, loaded, with 4 rounds of black tipped ammunition**
2) **One Marlin Model 60, .22LR rifle, serial number 16312818 fully loaded with ammunition**
3) **One Browning .22 rifle, serial number ST20435**
4) **One Colt AR-15 Sporter II, .223 rifle, serial number SP3233331 loaded with 30 round magazine**
5) **One Remington 870 Express 12 gage, serial number D934989M with scope**
6) **One Remington Sportsman 48 20 gage, serial number 3845242, loaded with 5 rounds of ammunition**
7) **One Sears and Roebuck Model 200 12 gage, serial number P323537**
8) **One Remington 870 Wingmaster 12 gage, serial number T725302V**
9) **One Ruger, .22 pistol, serial number 462478, with holster and 2 magazines**
10) **One Glock 36, .45 ACP pistol, serial number EWW369, with shoulder holster and 2 magazines**
11) **One SIG SP2340, .40 caliber pistol, serial number SP0027030, loaded with shoulder holster and 2 magazines**
12) **One Ruger 22/45, .22 pistol, serial number 222-21683, loaded, with holster**
13) **One Davis Model DM, .22 magnum derringer, serial number 445077**
14) **12 loaded 30 round magazines for AR-15**
15) **1 loaded 40 round magazine for AR-15**
16) **3 loaded  20 round magazines for AR-15**

are hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest in all of the property set forth above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS SO ORDERED this 29th day of October, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE